AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 24-mj-124 |
| COSTEL ALIMAN | ) |
| a/k/a Costel Munteanu | ) |
| a/k/a Alberto Santoro | ) |
| a/k/a Javier Montes | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 26, 2024__ in the parish of __St. Tammany__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(1) | Reentry of a removed alien |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*/s/Bryan Huesman*
*Complainant's signature*

SA Bryan Huesman, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2024

*Janis Van Meerveld*
*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Janis Van Meerveld, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO. 24-mj-124 |
| v. | * | SECTION: MAG |
| **COSTEL ALIMAN**<br>  a/k/a Costel Munteanu<br>  a/k/a Alberto Santoro<br>  a/k/a Javier Montes | *<br><br>* | |
| * | * | * |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bryan Huesman, being duly sworn, state as follows:

1. I am a Deportation Officer (DO) with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operations (ERO), assigned to the New Orleans Field Office in New Orleans, LA. I have been employed with (ICE) since February 2009.

2. My duties as a Deportation Officer with Immigration and Customs Enforcement include enforcement functions relating to the investigation, identification, arrest, prosecution, detention and deportation of aliens, and the apprehension of absconders from removal proceedings. I am currently assigned to the Fugitive Operations Team and the Homeland Security Investigations Gang Task Force, which holds me responsible for identifying illegal transnational gang members, locating, processing and removing these aliens.

3. This affidavit is submitted in support of a criminal complaint charging Costel ALIMAN with violating Title 8 U.S.C. § 1326(a)(1), reentry of a removed alien.

4. As described herein, COSTEL ALIMAN is an alien assigned Alien Registration Number 208 584 523, who has two previous immigration encounters. COSTEL ALIMAN was ordered removed in absentia by Immigration Judge on January 11, 2017.

5. On April 22, 2016, Costel ALIMAN was arrested by United States Border Patrol in San Luis, Arizona and was released on an order of recognizance and GPS monitor. Costel ALIMAN absconded from ICE supervision, and he was terminated from the GPS program. Costel ALIMAN was ordered removed in absentia by an immigration judge on January 11, 2017. Costel ALIMAN was arrested by United States Border Patrol in Rio Grande Valley, Texas on August 25, 2018. Costel ALIMAN was removed to Romania on January 9, 2019.

6. Costel ALIMAN was arrested on October 1, 2016, Colorado Public orders crimes, robbery, and theft. As of September 30, 2016, COSTEL ALIMAN is currently wanted for Larceny in Florida. Costel ALIMAN is wanted in Iowa for larceny since October 18, 2016. Costel ALIMAN has a warrant that was issued in Illinois for robbery/retail theft that was signed on October 25, 2016. Costel ALIMAN has an active warrant issued on November 30, 2016, in Colorado for Failure to Appear. Costel ALIMAN was arrested in New York for forgery, possession of forged instrument, possession of stolen property, unauthorized use of a vehicle, and a traffic violation. Costel ALIMAN is wanted out of Ohio for larceny warrant issued on January 26, 2024. Costel ALIMAN is currently wanted out of New York for possession of shoplifting tools and shoplifting issued on February 6, 2024. Costel ALIMAN is currently wanted out of Idaho for two counts of burglary and two counts of grand theft issued July 11, 2024. Costel ALIMAN is currently wanted out of Florida for larceny issued on July 18, 2024. On August 26, 2024, Costel ALIMAN was arrested in Slidell, Louisiana for theft.

7.      I, Bryan Huesman, conducted electronic database queries through law enforcement computer indices on Costel ALIMAN. Costel ALIMAN was interviewed, and he freely admitted to being illegally present in the U.S. from Romania. According to your Affiant's review of U.S. Immigration records, there is no record of Costel ALIMAN ever having received express permission to re-enter the United States from the Attorney General or the Secretary of the Department of Homeland Security.

8.      Based on the above-described facts, your Affiant believes that Probable Cause exists that the defendant, Costel ALIMAN, is an illegal alien from Romania who reentered the United States without permission. Your Affiant also prays that the Court will issue an arrest warrant for Costel ALIMAN for said violation.

Respectfully submitted,

*s/Bryan Huesman*
Bryan Huesman
Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.*

Subscribed and sworn to before me,
on this __28th__ day of August, 2024

_____
HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

3