



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SUPERSEDING INDICTMENT FOR CONSPIRACY TO COMMIT WIRE FRAUD**
**AND TRANSPORTATION OF STOLEN GOODS**
**AND ILLEGAL REENTRY OF A REMOVED ALIEN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-242 |
| v. | * | SECTION: "G" |
| COSTEL ALIMAN<br>SABINA MUNTEANU<br>RAMBO HARNA | * | VIOLATIONS: 18 U.S.C. § 371<br>8 U.S.C. § 1326(a) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1
### (Conspiracy)

A.  **AT ALL TIMES MATERIAL HEREIN:**

1. The defendants, **COSTEL ALIMAN (ALIMAN)**, **SABINA MUNTEANU (MUNTEANU)**, and **RAMBO HARNA (HARNA)** were citizens of Romania.

2. Walmart Inc. ("Walmart") was a multinational retail corporation that operates a chain of hypermarkets (also called supercenters), discount department stores, and grocery stores in the United States and 23 other countries. It is headquartered in Bentonville, Arkansas.

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

3.     MoneyGram International, Incorporated ("MoneyGram") was an American interstate and international peer-to-peer payments and money transfer company headquartered in Dallas, Texas.

4.     The Western Union Company ("Western Union") is an American multinational financial services and money transfer corporation headquartered in Denver, Colorado.

5.     RIA Money Transfer ("RIA") is a subsidiary of Euronet Worldwide, Inc., which specializes in money remittances. RIA initiates transfers through a network of agents and company-owned stores located throughout North America, South America, Europe, Asia-Pacific, Africa, and online.

6.     Walmart and MoneyGram had a business partnership that allowed MoneyGram customer kiosks to be located within Walmart stores throughout the United States.

**B.    THE CONSPIRACY:**

1.     Beginning at a time unknown, but prior to on or about September 24, 2021, and continuing until on or about August 25, 2024, in the Eastern District of Louisiana and elsewhere, the defendants, **ALIMAN, MUNTEANU, HARNA**, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other to:

(a)    knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, by stealing money from Walmart through fraudulent purchases of money orders and money transfers, and for the purpose of executing the scheme and artifice to defraud, and attempting to do so, did transmit and cause to be transmitted by means of wire communications in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United State Code, Section 1343; and

(b)  transport and cause to be transported in interstate commerce stolen goods, wares, and merchandise having a value of $5,000 or more, knowing that the goods, wares, and merchandise had been stolen and taken by fraud, in violation of Title 18, United States Code, Section 2314.

**C.  MANNER AND MEANS TO ACCOMPLISH THE CONSPIRACY:**

1. The manner and means by which **ALIMAN, MUNTEANU, HARNA** and others known and unknown to the Grand Jury sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

2. **ALIMAN, MUNTEANU, HARNA** and other co-conspirators would enter a Walmart and bring merchandise, money orders, and money transfer requests to the check-out counter. The co-conspirators would use sleight-of-hand and distraction techniques to defraud the cashier regarding payment for the merchandise, money orders, and money transfer requests.

3. The co-conspirators would return the fraudulently obtained property to another Walmart store, in a different state, and receive a cash refund of the purchase price of the merchandise.

4. The co-conspirators would also transfer and cause to be transferred by interstate wire funds related to the money orders and money transfer requests.

**D.  OVERT ACTS:**

1. In furtherance of and to conceal the conspiracy and accomplish its purposes, the defendants, **ALIMAN, MUNTEANU, HARNA,** and others known and unknown to the Grand Jury, committed at least one of the following overt acts, among others, in the Eastern District of Louisiana:

2. On about March 27, 2022, **ALIMAN** and **HARNA** presented approximately $12,000.00 worth of Western Union money orders and a $2,500.00 RIA money transfer request for purchase at a Walmart in Lake Worth, Texas. **HARNA** counted and pretended to hand the Walmart cashier approximately $14,800.00 in cash. The **ALIMAN** distracted the cashier as **HARNA** performed a sleight-of-hand technique to secretly retrieve approximately $13,200.00. **ALIMAN** and **HARNA** then transferred and caused to be transferred approximately $12,000.00 from interstate wire to Texas for the Western Union money orders, and approximately $2,500.00 from interstate wire to Texas for the RIA money transfer.

3. On about August 28, 2022, **ALIMAN** and an unknown co-conspirator presented approximately $3,360.96 worth of jewelry for purchase at a Walmart in Greece, New York. **ALIMAN** counted and pretended to hand the Walmart cashier approximately $3,400.00 in cash. The unknown co-conspirator distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $2,400.00. **ALIMAN** and the unknown co-conspirator then exited the Walmart store with the fraudulently obtained jewelry.

4. On about August 30, 2022, unknown co-conspirators returned and caused to be returned jewelry stolen from the Walmart in Greece, New York to a Walmart in Cleveland, Ohio for a refund.

5. On about September 5, 2022, **ALIMAN** and an unknown co-conspirator presented approximately $6,000.00 worth of Western Union money orders for purchase at a Walmart in Decatur, Illinois. The co-conspirator counted and pretended to hand the Walmart cashier approximately $6,020.00 in cash. **ALIMAN** distracted the cashier as the co-conspirator performed a sleight-of-hand technique to secretly retrieve approximately $4,000.00. **ALIMAN** and the

unknown co-conspirator then transferred and caused to be transferred approximately $6,000.00 from interstate wire to Illinois for the Western Union money orders.

6. On about September 18, 2022, **ALIMAN** and an unknown co-conspirator presented approximately $7,000.00 worth of Western Union money orders for purchase at a Walmart in Murfreesboro, Tennessee. **ALIMAN** counted and pretended to hand the Walmart cashier approximately $14,200.00 in cash. The unknown co-conspirator distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $9,960.00. **ALIMAN** and the unknown co-conspirator then transferred and caused to be transferred approximately $14,000.00 from interstate wire to Tennessee for the Western Union money orders.

7. On about December 2, 2022, **ALIMAN** presented approximately $5,000 worth of MoneyGram money transfers for purchase at a Walmart in Plano, Texas. **ALIMAN** counted and pretended to hand the Walmart cashier approximately $5,200.00 in cash. **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $3,200.00. **ALIMAN** then transferred and caused to be transferred approximately $2,500.00 from the MoneyGram money transfers from interstate wire to **MUNTEANU** in Romania.

8. On about January 30, 2023, **ALIMAN** and an unknown co-conspirator presented approximately $6,000 worth of Western Union money orders, and $2,500.00 worth of MoneyGram money transfers for purchase at a Walmart in Lompoc, California. **ALIMAN** counted and appeared to hand the Walmart cashier approximately $11,300.00 in cash. The unknown co-conspirator distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $7,100.00. **ALIMAN** and the unknown co-conspirator then transferred and caused to be transferred approximately $6,000.00 from Colorado to California for the Western

Union money orders, and $2,500 from interstate wire to **MUNTEANU** in Romania for the MoneyGram money transfers.

9. On about February 1, 2023, **ALIMAN** and an unknown co-conspirator presented approximately $5,000.00 worth of Western Union money transfers, approximately $4,000.00 worth of VISA pre-paid debit cards, and approximately $2,500.00 worth of RIA money transfers for purchase at a Walmart in Vacaville, California. **ALIMAN** counted and pretended to hand the Walmart cashier approximately $11,900.00 in cash. The unknown co-conspirator distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $8,900.00. **ALIMAN** and the unknown co-conspirator then transferred and caused to be transferred approximately $5,000.00 from interstate wire to Ireland and Romania in Western Union money transfers, and $2,500.00 from interstate wire to California in RIA money transfers.

10. On about February 4, 2023, **ALIMAN** and an unknown co-conspirator presented approximately $7,000.00 worth of Western Union money transfers, approximately $2,500.00 worth of RIA money transfers for purchase at a Walmart in Wood Village, Oregon. The unknown co-conspirator counted and pretended to hand the Walmart cashier approximately $9,700.00 in cash. **ALIMAN** distracted the cashier as the co-conspirator performed a sleight-of-hand technique to secretly retrieve approximately $7,700.00. **ALIMAN** and the unknown co-conspirator then transferred and caused to be transferred approximately $7,000.00 from interstate wire to Oregon for the Western Union money orders, and $2,500 from interstate wire to Oregon for the RIA money transfers.

11. On about August 13, 2023, **ALIMAN** and an unknown co-conspirator presented approximately $2,500.00 worth of Western Union money transfers for purchase at a Walmart store in Harvey, Louisiana. **ALIMAN** counted and pretended to hand the Walmart cashier

approximately $2,600.00 in cash. The unknown co-conspirator distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $1,300.00. **ALIMAN** and the unknown co-conspirator then transferred and caused to be transferred approximately $2,500.00 from interstate wire to Romania for the Western Union money transfers.

12.     On about August 13, 2023, **ALIMAN** and an unknown co-conspirator presented approximately $3,575.12 worth of electronics for purchase at a Walmart store in Chalmette, Louisiana. **ALIMAN** counted and pretended to hand the Walmart cashier approximately $3,600.00 in cash. The unknown co-conspirator distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $2,600.00. **ALIMAN** and the unknown co-conspirator then exited the Walmart store with the fraudulently obtained electronics merchandise.

13.     On about August 14, 2023, unknown co-conspirators returned and caused to be returned electronics stolen from the Walmart in Chalmette, Louisiana to Walmart stores in Fairhope, Alabama and Pensacola, Florida for a refund.

14.     On about January 7, 2024, **ALIMAN** and **HARNA** presented approximately $8,164.86 worth of electronics for purchase at a Walmart store in Willowick, Ohio. **ALIMAN** counted and pretended to hand the Walmart cashier approximately $8,300.00 in cash. **HARNA** distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $6,000.00. **ALIMAN** and **HARNA** then exited the Walmart store with the fraudulently obtained electronics merchandise.

15.     Between about January 8, 2023 and January 9, 2023, unknown co-conspirators returned and caused to be returned electronics stolen from the Walmart in Willowick, Ohio to

Walmart stores in Rochester, New York; Williamsville, New York; Victor, New York; and Greece, New York for a refund.

16. On about March 25, 2024, **ALIMAN** and **HARNA** presented approximately $6,000.00 worth of Western Union money orders for purchase at a Walmart in Laporte, Texas. **HARNA** counted and pretended to hand the Walmart cashier approximately $6,100.00 in cash. **ALIMAN** distracted the cashier as **HARNA** performed a sleight-of-hand technique to secretly retrieve approximately $4,000.00. **ALIMAN** and **HARNA** then transferred and caused to be transferred approximately $6,000.00 from interstate wire to Texas for the Western Union money orders.

17. On about August 25, 2023, **ALIMAN** and **MUNTEANU** presented approximately $3,902.25 worth of electronics for purchase at a Walmart store in Slidell, Louisiana. **ALIMAN** counted and pretended to hand the Walmart cashier approximately $4,000.00 in cash. **MUNTEANU** distracted the cashier as **ALIMAN** performed a sleight-of-hand technique to secretly retrieve approximately $3,000.00. **ALIMAN** and **MUNTEANU** exited the Walmart store with the fraudulently obtained electronics merchandise.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Illegal Reentry of a Removed Alien)

On or about August 25, 2024, in the Eastern District of Louisiana, defendant **COSTEL ALIMAN**, an alien, was found in the United States after having been deported and removed there from on or about January 9, 2019, without the approval of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Sections 202(3), 202(4), and 557, having expressly

consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT 3
### (Illegal Reentry of a Removed Alien)

On or about August 25, 2024, in the Eastern District of Louisiana, defendant **SABINA MUNTEANU**, an alien, was found in the United States after having been deported and removed there from on or about October 4, 2017, without the approval of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Sections 202(3), 202(4), and 557, having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF FORFEITURE

1. The allegation contained in of Count 1 of this Superseding Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, defendants **COSTEL ALIMAN**, **SABINA MUNTEANU**, and **RAMBO HARNA**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to said offense.

3.  If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any substitute property of the defendants up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

PAUL J. HUBBELL
Assistant United States Attorney
Louisiana Bar Roll No. 40187

New Orleans, Louisiana
November 21, 2024

FORM OBD-34

No. 24-242 "G"

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

COSTEL ALIMAN
SABINA MUNTEANU
RAMBO HARNA

### SUPERSEDING INDICTMENT FOR CONSPIRACY TO COMMIT WIRE FRAUD AND TRANSPORTATION OF STOLEN GOODS AND ILLEGAL REENTRY OF A REMOVED ALIEN

VIOLATIONS:   18 U.S.C. § 371
8 U.S.C. § 1326(a)

Filed in open court this _____ day of _____ A.D. 2024.

_____
Clerk

Bail, $ _____

_____
PAUL J. HUBBELL
Assistant United States Attorney